IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WENDY L ALLEN**,

**Plaintiff,**

**v.**

**MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,**

**Defendant.**                                                  **No. 11-CV-0422-DRH**

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

On May 20, 2011, Wendy Allen filed a complaint against the Commissioner of Social Security, for judicial review of an administrative agency's decision (Doc. 2). Specifically, Allen seeks judicial review of the Commissioner's decision finding that she is not disabled and denying her disability insurance benefits.

On January 11, 2012, pursuant to 28 U.S.C. § 636(b)(1)(B), United States Magistrate Judge Clifford J. Proud submitted a Report and Recommendation ("the Report") recommending that the Court grant plaintiff's motion for summary judgment, reverse the Commissioner's final decision and remand this case to the Commissioner for rehearing and reconsideration of the evidence pursuant to sentence four of 42 U.S.C. § 405(g) (Doc. 25).

The Report was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" by January 30, 2012.  To date, none of the

parties have filed objections, and the period in which to file objections has expired. Therefore, pursuant to 28 U.S.C. § 636(b), this Court need not conduct *de novo* review.  *Thomas v. Arn*, 474 U.S. 140, 149-52 (1985).

Thus, the Court **ADOPTS** the Report in its entirety (Doc. 25) and **GRANTS** the motion for summary judgment (Doc. 17).  The Court **REMANDS** this case to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).  Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 1st day of February, 2012.

David R. Herndon
2012.02.01
10:24:08 -06'00'

**Chief Judge**
**United States District Court**