IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WENDY L. ALLEN,**

**Plaintiff,**

v.

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**                                        No. 11-CV-422-DRH

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Report and Recommendation of United States Magistrate Judge Clifford J. Proud.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on February 1, 2012, the Court **REMANDS** this case to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. §405(g).------------------------------------------------------------

                              **NANCY J. ROSENSTENGEL,**
                              **CLERK OF COURT**


                              BY:      *s/Sandy Pannier*
                                       **Deputy Clerk**

Dated: February 1, 2012

David R. Herndon
2012.02.01
10:26:19 -06'00'

APPROVED:
         CHIEF JUDGE
         U. S. DISTRICT COURT