IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WENDY ALLEN,

Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

Defendant.                                    No. 11-CV-0422-DRH

ORDER

HERNDON, Chief Judge:

Pending before the Court is the parties' joint stipulation for an award of attorney's fees under the Equal Access to Justice Act (Doc. 28). The parties ask the Court to award plaintiff EAJA fees in the amount of $6,600.00. Further, the parties stipulate that "[a]ny fees paid belong to plaintiff and not her attorney and can be offset to satisfy any preexisting debt, if any, that the Plaintiff owes the United States under *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010)." Pursuant to the joint stipulation, the Court **AWARDS** plaintiff EAJA fees in the amount of $6,600.00.

IT IS SO ORDERED.

Signed this 29th day of February, 2012.

David R.
Herndon
2012.02.29
09:38:37 -06'00'

Chief Judge
United States District Court